**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Steven Desmond PETERSON,**
**Defendant–Appellant.**

**No. 01–6575.**

United States Court of Appeals,
Fourth Circuit.

Submitted Aug. 23, 2001.

Decided Aug. 30, 2001.

Steven Desmond Peterson, pro se.

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Steven Peterson appeals from the district court's order denying his motion for production of transcripts at government expense. Our review of the record and the district court's opinion discloses no reversible error. Accordingly, we affirm on the reasoning of the district court. *United*

*States v. Peterson,* No. CR–94–46–3–H (E.D.N.C. Feb. 7, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*